**FILED**

JUN - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FIELDTURF USA, INC., et al.,

    Plaintiffs,

v.

TURF TECHNOLOGIES, INC.,

    Defendant.
_____/

No. C 07-1462 MHP

**ORDER**
**Re: Defendant's Motion to Transfer Venue for Convenience**

    Plaintiffs brought this action against defendant Turf Technologies, Inc., asserting four causes of action related to unfair competition. On April 9, 2007 defendant filed a motion to transfer venue to the Southern District of California pursuant to 28 U.S.C. section 1404(a). On May 14, 2007 plaintiffs filed a statement of non-opposition to defendant's motion. Because defendant's motion is therefore unopposed, and good cause appearing, the court GRANTS defendants' motion to transfer venue to the United States District Court for the Southern District of California. This court hereby ORDERS that this action be transferred to the Southern District of California for all further proceedings. The clerk shall transfer the file to the Southern District of California forthwith and close the file in this district.

    IT IS SO ORDERED.

Dated:

MARILYN HALL PATEL
United States District Court Judge
Northern District of California